UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE IRON WORKERS'
LOCAL NO. 25 PENSION FUND;
IRON WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS LOCAL NO. 25
VACATION PAY FUND; IRON WORKERS
DEFINED CONTRIBUTION PENSION FUND;
and IRON WORKERS' APPRENTICESHIP
FUND OF EASTERN MICHIGAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

   Plaintiffs,         Case No. 13-cv-15001
v.                Hon. Patrick J. Duggan

S.T.B. ERECTORS, INC., a Michigan
Corporation, and SARA DAVENPORT,
THERESA DAVENPORT and REBECCA
DAVENPORT, Individually,

   Defendants.
_____/

## ORDER OF JUDGMENT BY DEFAULT
## AGAINST DEFENDANTS

  This matter is before the Court upon Plaintiffs' Motion for Entry of Judgment by Default against Defendants (Doc. #12). Having granted Plaintiffs' motion at a hearing on February 6, 2014,

  **IT IS HEREBY ORDERED**, that Defendant S.T.B. ERECTORS, INC. shall open its books and records in order for Plaintiffs to conduct a complete audit to determine the amount due and owing Plaintiffs' Funds in unpaid contributions under the applicable Collective Bargaining Agreement;

**IT IS FURTHER ORDERED**, that the Court will amend its Judgment against Defendants to include the amount determined due pursuant to the audit as set forth above, as well as liquidated damages thereon, including accumulated interest, actual attorney fees, court costs, audit and other collection costs pursuant to 29 USC §1132(g)(2), and any and all amounts in liquidated damages and fees and costs that are due pursuant to the CBA and any other amounts that become due during the pendency of this matter.  Said amended judgment will be entered upon Plaintiffs' submission(s) to the Court of those amounts;

**IT IS FURTHER ORDERED**, that Defendants are enjoined from any further breach of the Collective Bargaining Agreement as same relates in any way to the payment of contributions to Plaintiffs' Funds;

**IT IS FURTHER ORDERED**, that the Court will retain jurisdiction of this matter pending compliance with its orders and judgments.


Dated: February 7, 2014                s/Patrick J. Duggan
                                       United States District Judge